**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HILDE HERNANDEZ BERNAL, CARLOS HERRERA GARZON, MOHAMMAD HAROON LATIFI, NAHOMY ORE AQUIJE, NELSON REY PUERTA, and ALEJANDRO TORRES PALAFOX, <br><br> Petitioners, <br><br> v. <br><br> CHRISTOPHER CHESTNUT, et al., <br><br> Respondents. | Case No.: 1:25-cv-01887 JLT HBK (HC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL AND GRANTING THE PETITION FOR WRIT OF HABEAS CORPUS <br><br> (Docs. 1, 27) |

Petitioners are six immigrant detainees proceeding with counsel on their petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1.)

On December 19, 2025, Petitioners filed a motion for preliminary injunction, which was referred to the assigned magistrate judge for the preparation of findings and recommendations. (Docs. 5, 7.) On January 27, 2026, the assigned magistrate issued findings and recommendations to grant the motion for preliminary injunction in part. (Doc. 20.) On February 12, 2026, the district judge adopted the findings and recommendations in full and referred the matter back to the undersigned for disposition on the merits. (Doc. 23.)

1

On June 11, 2026, the assigned magistrate judge issued findings and recommendations to grant the petition for writ of habeas corpus (Doc. 1) for the same reasons the Court found Petitioners were likely to succeed on the merits of his claim in the findings and recommendations to grant the motion for preliminary injunction (Docs. 20, 23), and to convert the preliminary injunction into a permanent injunction implementing the writ, which shall remain in effect. (Doc. 27.) The Court served the findings and recommendations on all parties, notified them that any objections must be filed within 14 days after service, and "advised that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.* at 24, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) Respondents timely filed objections for the same reasons set forth in their opposition to the Petition. (Doc. 28.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1.      The findings and recommendations issued on June 11, 2026 (Doc. 27) are **ADOPTED** in full.

2.      The petition for writ of habeas corpus (Doc. 1) is **GRANTED**.

3.      The Clerk of the Court is directed to terminate any pending motions/deadlines and **CLOSE** the case.

IT IS SO ORDERED.

Dated:   **June 26, 2026**

UNITED STATES DISTRICT JUDGE

2